UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN THOMAS BERRY,                    )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )        Civil No. 08-438-B-W
                                      )
WORLDWIDE LANGUAGE                    )
RESOURCES, INC.,                      0
                                      )
        Defendant.                    )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 17, 2009 her

Recommended Decision.  The Defendant filed its objections to the Recommended

Decision on March 6, 2009 and the Plaintiff filed his response to those objections on

March 20, 2009.  I have reviewed and considered the Magistrate Judge's Recommended

Decision, together with the entire record; I have made a de novo determination of all

matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with

the recommendations of the United States Magistrate Judge for the reasons set forth in

her Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore ORDERED that the Recommended Decision of the Magistrate
    Judge is hereby AFFIRMED.

2.  It is further ORDERED that the Motion to Dismiss (Docket # 10) be and
    hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2009